McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMESATH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
    United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>ALEXANDRE CAZES,<br>aka "ALPHA02,"<br>aka "ADMIN,"<br><br>                        Defendant. | CASE NO. 1:17-CR-00144-LJO-SKO<br><br>MOTION TO DISMISS INDICTMENT |

The above-named defendant died in July 2017. Accordingly, the United States moves to dismiss the Indictment, filed on June 1, 2017.

Dated: April 26, 2018                                  McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ Grant B. Rabenn
                                                       GRANT B. RABENN
                                                       Assistant United States Attorney

Motion to Dismiss Indictment