IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEXANDRE CAZES,<br>aka "ALPHA02,"<br>aka "ADMIN,"<br><br>               Defendant. | CASE NO. 1:17-CR-00144-LJO-SKO<br><br>ORDER TO DISMISS INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on June 1, 2017 be dismissed.

IT IS SO ORDERED.

    Dated: __**April 27, 2018**__                 _____/s/ Lawrence J. O'Neill_____
                                                           UNITED STATES CHIEF DISTRICT JUDGE