**SEALED** **ISSUED**

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDRE CAZES,<br>aka "ALPHA02",<br>aka "ADMIN,"<br><br>_____<br>Defendant | )<br>)<br>)  Case No. 1:17 CR - 0 0 1 4 4 LJO SKO<br>)<br>)<br>) |

**FILED**
JAN 23 2019
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  ALEXANDRE CAZES, aka "ALPHA02," aka "ADMIN",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1962(d) Conspiracy to Engage in a Racketeer Influenced Corrupt Organization; 21 U.S.C. §§846 and 841(a)(1),(b)(1)(A). (b)(1)(C), 841(h), 843 (b) Narcotics Conspiracy;21 U.S.C. §§841(a)(1); (b)(1)(A), 841, 18 USC §2 Distribution of a Controlled Substance;18 U.S.C. § 1028(f) Conspiracy to Commit Identity Theft and Fraud; 18 U.S.C. §1028(a)(2), (b)(1)(A)(ii), & (f), 18 U.S.C. § 2 Unlawful Transfer of a False Identification Document, 18 U.S.C. § 1029(b)(2) Conspiracy to Commit Access Device Fraud;  18 U.S.C. §1029(a)(4), (b)(1), & (c)(1)(A)(ii), 18 U.S.C. § 2 -- Trafficking in Device Making Equipment, Attempt, & Aiding & Abetting; 18 U.S.C. § 1956(h) – Money Laundering Conspiracy

Date: 6-2-17

_Issuing officer's signature_

City and state:  Fresno, California

S. Sant Agata
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____.<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |

Case dismissed

10333862